IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

               Plaintiff,                      ORDER

    v.

                                       10-cv-278-wmc

GILBERT CONSTRUCTION
CORPORATION OF WI, GERALD J.
GILBERT and GILBERT FAMILY
TRUST,

              Defendants.

---

In this diversity action, plaintiff alleges that defendants have breached an August 2008 indemnity agreement.  With its complaint, plaintiff filed a motion for a preliminary injunction and supporting materials.  Dkt. #4.

IT IS ORDERED that defendants will have 30 days from service of the complaint, plaintiff's preliminary injunction motion, supporting materials and a copy of this order, whichever is latest, in which to respond to the motion.  In accordance with this court's procedures for preliminary injunctions, plaintiff shall not file a reply without first obtaining leave of court.  If necessary, an evidentiary hearing regarding the preliminary injunction will be scheduled 14 to 21 days after defendants' response is due.

Entered this 25th day of May, 2010.

                              BY THE COURT:

                              /s/

                              _____

                              WILLIAM M. CONLEY
                              District Judge