UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

      Plaintiff,

                                      Case No.: 10-CV-278

vs.

GILBERT CONSTRUCTION
CORPORATION OF WISCONSIN, GERALD
J. GILBERT, and GILBERT FAMILY TRUST,

      Defendants.

### ENTRY OF DEFAULT

      Plaintiff Travelers Casualty and Surety Company of America requests that the clerk of court enter default against defendants Gilbert Construction Corporation of Wisconsin, Gerald J. Gilbert, and Gilbert Family Trust, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of Gilbert Construction Corporation of Wisconsin, Gerald J. Gilbert, and Gilbert Family Trust is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 30th day of August, 2010.

                                                              Peter Oppeneer, Clerk of Court