IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

          Plaintiff,           ORDER

v.

                                      10-cv-278-wmc

GILBERT CONSTRUCTION CORPORATION
OF WISCONSIN, GERALD J. GILBERT and
GILBERT FAMILY TRUST,

          Defendants.

---

    Wherefore, the defendants, Gilbert Construction Corporation of Wisconsin, Gerald J. Gilbert, and Gilbert Family Trust, having failed to appear, plead or otherwise defend in this action, and default having been entered on August 30, 2010, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b); and

    Wherefore, a hearing in open court was held September 29, 2010;

    Judgment is hereby entered in favor of plaintiff Travelers Casualty and Surety Company of America and against defendants Gilbert Construction Corporation of Wisconsin, Gerald J. Gilbert, and Gilbert Family Trust, jointly and severally, for breach of contract in the amount of $1,256,388.18.

    Entered this 29th day of September, 2010.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge