IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

               Plaintiff,

    v.

GILBERT CONSTRUCTION CORPORATION
OF WISCONSIN, GERALD J. GILBERT and
GILBERT FAMILY TRUST,

             Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-278-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the judgment is entered in favor of plaintiff Travelers Casualty and Surety Company of America against defendants Gilbert Construction Corporation of Wisconsin, Gerald J. Gilbert and Gilbert Family Trust, jointly and severally, for breach of contract in the amount of $1,256,388.18.


*Peter Oppeneer*
_____
Peter Oppeneer, Clerk of Court

9/30/10
_____
Date