UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Plaintiff,

vs.

                                  Case No.: 10-CV-278

GILBERT CONSTRUCTION
CORPORATION OF WISCONSIN, GERALD
J. GILBERT, and GILBERT FAMILY TRUST,

    Defendants.

**ORDER FOR DEFENDANTS TO APPEAR FOR SUPPLEMENTAL EXAMINATION**

UPON the annexed affidavit of Melissa J. Lauritch, counsel for the plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), and pursuant to F.R.C.P. 69(a) and 70 and Wis. Stat. sec. 128.16, I DO HEREBY ORDER AND REQUIRE Gerald J. Gilbert and the designated representative(s) of Gilbert Construction Corporation of Wisconsin and Gilbert Family Trust, to appear before the court in and for the Western District of Wisconsin on Dec. 1, 2010 at 8:30 a.m./p.m., and answer on and under oath concerning the property of the above-captioned Defendants and to have with you and produce at such hearing any and all books, papers and documents in your possession or under your control pertaining to Defendants' property, real and personal, and to the financial affairs, including but not limited to income tax returns, and including the records on the attached list, and to abide and perform such orders as may be made by me in the premises and pending this proceeding.

PLAINTIFF MAY AT THE TIME SET FORTH ABOVE REQUEST THE APPOINTMENT OF A RECEIVER. FAILURE TO COMPLY WITH THIS ORDER AND TO

16471352v1 0908972 07791

APPEAR AT THE HEARING MAY RESULT IN YOUR BEING HELD IN CONTEMPT OF COURT.

Dated this 18th day of October, 2010.

_____
Honorable William M. Conley
United States District Court Judge

## ATTACHMENT TO ORDER TO APPEAR BEFORE THE COURT

List of Documents and Information to be Produced at the Scheduled Hearing:

1. Copies of 2005-2009 Federal and State Income Tax Returns of Gilbert Construction Corporation of Wisconsin, Gerald J. Gilbert and Gilbert Family Trust.

2. List of all bank or deposit accounts of any nature, setting forth the name of the institution, the account number, the amount in the account and the complete title of the account, including owner or owners, in which the defendants have any interest.

3. A list of all people or entities that owe any money to the defendants, including name, address and amount.

4. All documents relating to the acquisition of any interest held by the defendants of any nature in any real estate and all documents relating to any known encumbrance against such interest (mortgage, lien, judgment, etc.).

5. A list of all personal property with a value of over $300.00, as to each item, including furniture, tools, jewelry, firearms, boats, airplanes, snowmobiles, motor vehicles, collections, etc.

6. All documents relating to any lawsuits in which the defendants are either party plaintiffs or party defendants.

7. A list of all creditors of the defendants, including name, amount, and whether reduced to judgment.

8. Identify any contracts under which the defendants are now receiving or have a future right to receive any payment, by listing the parties to the contract and the payment terms as to amounts, dates and conditions.

9. A list of all business assets with notation as to the existence and identity of any encumbrances or liens there against.

16471352v1 0908972 07791